IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAUREN DATTILO-BARKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DARTMOUTH PHARMACEUTICALS INC. | : | NO. 12-3540 |

ORDER

AND NOW, this 10th day of October, 2012, upon consideration of defendant's Motion to Dismiss (Docket Nos. 8 and 9), the plaintiff's oppositions thereto, an on-the-record telephonic oral argument held on September 25, 2012, and letter responses from both parties, IT IS HEREBY ORDERED that, for the reasons stated in a memorandum of law bearing today's date, said motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.