# Richardson, Galella & Austermuhl

142 Emerson St.
Woodbury, NJ 08096
Tel: 856-579-7045, Fax: 856-579-7051
www.employmentlaw-nj.com
Attorneys for Defendant Dartmouth Pharmaceuticals, Inc.

| LAUREN DATTILO-BARKER, <br><br> Plaintiff, <br><br> v. <br><br> DARTMOUTH PHARMACEUTICALS, INC., <br><br> Defendant. | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA <br><br> DOCKET NO. 12-cv-3540-MAM <br><br> Civil Action <br><br> **STIPULATION OF DISMISSAL** |
|---|---|

It is hereby stipulated and agreed between William Rieser, Esq., attorney for Plaintiff Lauren Dattilo-Barker and Linda A. Galella, Esq., attorney for Defendant Dartmouth Pharmaceuticals, Inc,. that the above captioned matter is dismissed with prejudice between the Plaintiff Lauren Dattilo-Barker and the Defendant Dartmouth Pharmaceuticals, Inc. This matter is hereby dismissed with prejudice and without costs.

| William Rieser, Esq., Esq. <br> *Attorney for Plaintiff Lauren Dattilo-Barker* <br><br> [signature] <br> Date: 10-31-12 | Linda A. Galella, Esq. <br> *Attorney for Defendant Dartmouth Pharmaceuticals, Inc.* <br><br> [signature] <br> Date: 10-15-12 |
|---|---|
| Charles B. Austermuhl, Esq. <br> *Attorney for Defendant Dartmouth Pharmaceuticals, Inc.* <br><br> [signature] <br> Date: 10-15-12 | |

1